UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60472-SMITH/Reid

CHANEL, INC.,

    Plaintiff,

v.

THE INDIVIDUAL, BUSINESS ENTITY,
OR UNINCORPORATED ASSOCIATION
d/b/a kandyanniesboutique.com

    Defendant.
_____/

### ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery ("Motion") [DE 4], filed on March 29, 2023 (the "Motion"). Upon consideration, it is

**ORDERED that** Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery [DE 4] is **GRANTED.** Plaintiff is permitted to immediately issue subpoenas to, and depose only as necessary, Shopify, Inc.; Shopify Payments (USA), Inc.; Bank of America, N.A.; Microsoft Online Services; GoDaddy.com, LLC; and Domains by Proxy, LLC; and any e-commerce platforms, email service providers, financial institutions and/or payment processors identified through the Subpoenas authorized herein. The discovery sought shall be reasonably limited to information and documents likely to assist in determining Defendant's name(s) and service address(es).

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 29th day of March, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE